JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES REMEDES, <br><br> Plaintiff, <br><br> vs. <br><br> SUN LIFE FINANCIAL ASSURANCE COMPANY OF CANADA (U.S.) AND BOBRICK WASHROOM EQUIPMENT, INC. LONG TERM DISABILITY PLAN, <br><br> Defendants. | Case No. 2:18-cv-00056 MWF (ASx) <br><br> (Honorable Michael W. Fitzgerald) <br><br> **ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE** <br><br> **FRCP 41(a)** <br><br> Courtroom: 5A <br><br> Complaint Filed: January 3, 2018 <br><br> Discovery Cut-off: Not Set <br> Motion Cut-off: Not Set |

**ORDER**

IT IS HEREBY ORDERED that the above-captioned action is dismissed, with prejudice, pursuant to the stipulation of the parties, with each party bearing his or its own attorneys' fees and costs and waiving all rights of appeal.

Dated: September 21, 2018

_____

_____
Michael W. Fitzgerald
United States District Judge

1